✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    Indiana

Gutterman

V.

Indiana University

**EXHIBIT AND WITNESS LIST**

Case Number:   1:20-cv-02801-JMS-MJD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Jane E. Magnus-Stinson | Reilly Stephens | Jenny R. Buchheit |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| July 2022 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Tyler Cameron Gutterman |
| | | | | | Dale Nelson |
| | | | | | Hunter Johnson |
| | | | | | Brian Hiltunen |
| | | | | | Libby Spotts |
| | | | | | Anna Krause |
| | | | | | Simone Cardosa |
| | | | | | Jackie Stelmaszczyk |
| | | | | | |
| | | | | | Indiana University Data Policy |
| | | | | | Indiana University ID Card Policy |
| | | | | | Indiana University CrimsonCard Terms and Conditions |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages