UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TYLER CAMERON GUTTERMAN, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02801-JMS-MJD |
| | ) | |
| INDIANA UNIVERSITY, BLOOMINGTON, et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR APRIL 13, 2021
TELEPHONIC STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed the status of and future plans for discovery.

This matter is scheduled for a telephonic status conference on **Monday, May 24, 2021 at 4:00 p.m. (Eastern)** to discuss case status, as well as the parties' readiness for the upcoming settlement conference. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 13 APR 2021

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.